**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Bradley J. Fish, Inc. d/b/a Sullair of Houston v. Lesar Electric & Design, LLC

Appellate case number:    01-19-00064-CV

Trial court case number:    2018-08280

Trial court:                        151st District Court of Harris County


Appellant Bradley J. Fish, Inc. d/b/a Sullair of Houston filed a motion for rehearing en banc.  The motion is **denied**.


It is so ORDERED.



Judge's signature: _____/s/ Julie Countiss_____
                              Acting for the Court


Panel consists of Chief Justice Radack and Justices Kelly, Goodman, Hightower, Landau, Countiss, Rivas-Molloy, Guerra, and Farris.



Date:  August 3, 2021